**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

| | | | |
|---|---|---|---|
| **KENNETH CHARRES MARTINEZ** | | Case No. | 20-00845-MCF |
| **ARDYCE DEL CARMEN RIVERA GUZMAN** | Chapter 13 | Attorney Name: | **ROBERTO FIGUEROA CARRASQUILLO*** |

---

**I. Appearances**

| | | | |
|---|---|---|---|
| **Debtor** | [X] Present | [ ] Absent | |
| **Joint Debtor** | [X] Present | [ ] Absent | |
| **Attorney for Debtor** | [X] Present | [ ] Absent | |

[ ] Prose

[ ] Appearing:

**Date & Time:** 5/12/2020 1:00:00PM

[X] R   [ ] NR   LV: 0.00

[ ] This is debtor(s) 0 Bankruptcy filing.

**Creditors:**

Manuel Colon for Arco Properties

---

**II. Oath Administered**

[X] Yes     [ ] No

---

**III. Plan**

Date: 02/20/2020     Base: $11,556.00    Payments 2 made out of 2 due.

**Confirmation Hearing Date:** 7/21/2020 9:00:00AM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

$4,000.00  -  $492.00  =  $3,508.00

---

**IV. Status of Meeting**

[X] Closed       [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

KENNETH CHARRES MARTINEZ                    Case No.   20-00845-MCF

ARDYCE DEL CARMEN RIVERA GUZMAN      Chapter 13      Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>  [ ] State  -  years<br><br>  [ ] Federal  -  years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>   [ ] Premises<br>   [ ] Vehicle(s):<br>[ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

KENNETH CHARRES MARTINEZ                               Case No.    20-00845-MCF

ARDYCE DEL CARMEN RIVERA GUZMAN          Chapter 13         Attorney Name:    ROBERTO FIGUEROA CARRASQUILLO*

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 6**

**Disp. Income under 1325(b)(2):**

**FEASIBILITY, 11 USC §1325 (a)(6):**

a. No payroll deductions has been listed in Schedule I, income from Genius Cleaning, also debtors have business however, no federal nor state tax expense have been listed.

**OTHER:**

a. SOFA 27 discloses 2 business, Exercise Zone Gym since 1-1997 to present and Natural Packing & Distributor since 11/2018. SOFA does not discloses if still in operation, however per Schedule I line 13 joint Debtor expects to commence receiving business income from d/b/a Natural Packaging & Distributor within the next twelve (12) months @$500/gross per month.

b. Debtor to provide all income evidence for Genius Cleaning

c. Plan does not provide for IRS priority claim.

d. Debtor filed 2 schedules "C", one for debtor and other for joint debtor, however, debtors' 2 vehicles have been claimed exempt under Mr Kenneth Charres Martinez. Debtor can only claim as exempt one vehicle each one.

e. Provide evidence of filing of 2019 State and Form 1040 PR

The following party(ies) object(s) confirmation:

s/Elvis Cortes                                                                                 Date:    05/12/2020

**Trustee/Presiding Officer**                                                                             (Rev. 05/13)